LIONEL MOSES v. STANDARD RICE COMPANY, INC.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CORN EXCHANGE NATIONAL BANK v. ERIE RAILROAD COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARCHER SCHERL v. MURRAY KELLNER, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WEJJAM REALTY CORPORATION v. THE QUEENSBORO NATIONAL BANK OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NORMAN S. RIESENFELD, INC., v. THE R-W REALTY CO., INC.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES KUTSUKIAN, Trading as J. KUTSUKIAN & COMPANY v. SEIDEMAN & SEIDEMAN, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

D. CROSSLEY & SONS, a New York Corporation, v. CHICAGO, ST. PAUL, MINNEAPOLIS AND OMAHA RAILWAY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT J. SHEA v. JOHN J. HUTTON.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MILLER-ASCHHEIM COMPANY, INC., v. DALTON & BALCH, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of the HUBERT APARTMENT ASSOCIATION to Compel Payment of a Debt Due It from the Estate of WALTER H. SYKES, Deceased. ALICE A. SYKES, Executrix, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PILLSBURY FLOUR MILLS COMPANY v. ERIE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin and O'Malley, JJ.

LOUIS KLOSK v. VINCENZO GARGIULO.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs; motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

SIEGEL-SCOLA-TRENTO, INC., v. 30 WAVERLY PLACE, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CAMP MANUFACTURING CORPORATION v. STAR DISCOUNT CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD M. KAHN v. JOHNSON-COWDIN-EMMERICH, INC.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.